UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>JASON SCHULTZ,[1] Acting Warden,<br><br>　　　　Respondent. | ) No. CV 24-9336-SSS (JPR)<br>)<br>) **ORDER ACCEPTING MAGISTRATE**<br>) **JUDGE'S REPORT AND RECOMMENDATION**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and Petitioner's supplements thereto, Respondent's motion to dismiss, Petitioner's opposition and his supplements thereto, the other records on file herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED THAT:

　　　1.　Petitioner's "Notice and Request for Ruling and Judgment In Our Favors As a Matter of Law" (ECF No. 56) is

---

[1] Jason Schultz is the acting warden of California State Prison Sacramento, where Petitioner is housed, and is substituted in under Habeas Rule 2(a) and Federal Rule of Civil Procedure 25(d) as the proper Respondent.

1 denied.
2     2.   Petitioner's "Request for Attorney Fees" (ECF No. 57)
3 is denied.
4     3.   Petitioner's "Motion For Agreed Statement(s) of Fact(s)
5 and Agreed Decisions By Law and Fact(s) By Way of the Court(s)"
6 (ECF No. 62) is denied.
7     4.   Respondent's motion to dismiss (ECF No. 52) is granted.
8     5.   Ground one is dismissed with prejudice.
9     6.   Grounds two and three are dismissed without prejudice.
10     7.   Judgment be entered consistent with this Order.
11     8.   The clerk serve this Order on all counsel or parties of
12 record.

DATED: June 26, 2025

SUNSHINE SUZANNE SYKES
U.S. DISTRICT JUDGE