JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT, | Case No. CV 24-9336-SSS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| JASON SCHULTZ, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that ground one of the Petition is dismissed with prejudice and grounds two and three are dismissed without prejudice and Judgment be entered in Respondent's favor.

DATED: June 26, 2025

SUNSHINE SUZANNE SYKES
U.S. DISTRICT JUDGE